UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| AUTO OWNERS INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 2:08CV0026 AGF |
| BEIGEL REFRIGERATION AND ELECTRIC CO., INC., | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's unopposed motion [Doc. #35] for an extension of time up to and including June 22, 2009, to file a response to Defendant's motion for summary judgment and a reply to Defendant's response to Plaintiff's motion for summary judgment is **GRANTED**. Defendant shall have 20 days from the date of Plaintiff's response to file a reply thereto.

                             *Audrey G. Fleissig*
                             AUDREY G. FLEISSIG
                             UNITED STATES MAGISTRATE JUDGE

Dated this 16th day of June, 2009.