UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| AUTO OWNERS INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:08CV00026AGF |
| | ) | |
| BRIEGEL REFRIGERATION AND ELECTRIC CO. INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

In light of the status report filed by the parties [Doc. #41], there shall be no obligation to conduct any further mediation in the case.

Dated this 1st day of July, 2009.

*/s/ Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE