UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| AUTO OWNERS INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 2:08CV0026 AGF |
| BIEGEL REFRIGERATION AND ELECTRIC CO., INC., | ) ) ) | |
| Defendant. | ) | |

## JUDGMENT

Pursuant to the Memorandum and Order filed herein on this day,

**IT IS HEREBY ORDERED, ADJUDGED,** and **DECREED** that judgment is entered in favor of Defendant and against Plaintiff.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 11th day of September, 2009.